**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Candle Delirium, Inc.** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0380080** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7980 Santa Monica Blvd.,** **Los Angeles, CA 90046** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **candledelirium.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Candle Delirium, Inc.**

    Name                                                      Case number (if known)

---

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    4599

---

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Candle Delirium, Inc.**                                    Case number (*if known*) _____
            Name

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

### Statistical and administrative information

**13.  Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **Candle Delirium, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Candle Delirium, Inc.
_____
                Name

Case number (*if known*) _____

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6-4-2024
            _____
            MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Anthony Carro, Jr.
_____
Printed name

Title    **Chief Executive Officer**
_____

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    6-4-2024
        _____
        MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
_____
Printed name

**Jeffrey S. Shinbrot, APLC**
_____
Firm name

**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
_____
Number, Street, City, State & ZIP Code

Contact phone    **3106595444**    Email address    **jeffrey@shinbrotfirm.com**

**155486 CA**
_____
Bar number and State

UNITED STATES BANKRUPTCY COURT
Central District of California

## RESOLUTION OF BOARD OF DIRECTORS OF
## CANDLE DELIRIUM, INC., a California corporation

I, Anthony Carro, Jr., declare under penalty of perjury that I am the Chief
Executive Officer of CANDLE DELIRIUM, INC., a California corporation (the
"Company"), and that on May 20, 2024, the following resolution was duly
adopted by the Board of Directors:

Whereas, it is in the best interest of the Company to file a voluntary petition
in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the
United States Code;

Be It Therefore Resolved, that Anthony Carro, Jr., Chief Executive Officer
of the Company, is authorized and directed to execute and deliver all documents
necessary to perfect the filing of a chapter 11voluntary bankruptcy case on behalf
of the Company; and

Be It Further Resolved, that Anthony Carro, Jr., Chief Executive Officer of
the Company, is authorized and directed to appear in all bankruptcy proceedings
on behalf of the Company, and to otherwise do and perform all acts and deeds and
to execute and deliver all necessary documents on behalf of the Company in
connection with such bankruptcy case; and

Be It Further Resolved, that Anthony Carro, Jr., Chief Executive Officer of
the Company, is authorized and directed to employ Jeffrey S. Shinbrot, A
Professional Law Corporation to represent the Company in such bankruptcy case.


May 20, 2024            Signed: _____
                        Anthony Carro, Jr.,
                        Chief Executive Officer
                        CANDLE DELIRIUM, INC, a California corporation

## United States Bankruptcy Court
### Central District of California

In re **Candle Delirium, Inc.**                                          Case No. _____

                                    Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Anthony Carro, Jr.**<br>**7980 Santa Monica Blvd.,**<br>**Los Angeles, CA 90046** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    6-4-2024 _____        Signature _____
                                                    **Anthony Carro, Jr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Sherman Oaks___ , California.

Date: ___6-4-2024___

**Anthony Carro, Jr.**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                           Page 1                **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486** <br> **15260 Ventura Blvd.** <br> **Suite 1200** <br> **Sherman Oaks, CA 91403** <br> **3106595444 Fax: 3108788304** <br> California State Bar Number: **155486 CA** <br> **jeffrey@shinbrotfirm.com** | |

☑ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: <br> **Candle Delirium, Inc.** <br><br> Debtor(s), | CASE NO.: <br> ADVERSARY NO.: <br> CHAPTER:   **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Anthony Carro, Jr.** _____ , the undersigned in the above-captioned case, hereby declare
      *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b. ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

6-4-2024

Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: **Anthony J. Carro**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name __**Candle Delirium, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ _____0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ _____422,709.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ _____422,709.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ _____1,976,533.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ _____0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____1,422,006.48

4. Total liabilities ....................................................................................
   Lines 2 + 3a + 3b                                         $ _____3,398,539.48

**Fill in this information to identify the case:**

Debtor name   **Candle Delirium, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **City National Bank** | **checking** | | $126,409.00 |
| 3.2.  **Chase bank** | **checking account** | | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                                      | **$126,409.00** |
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

| 7.1.  **Pro Future Holding, LLC-security deposit** | $14,800.00 |
|---|---|

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

| Debtor | **Candle Delirium, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**9.  Total of Part 2.**                                                                                                     **$14,800.00**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** Inventory | | **$450,000.00** | | **$150,000.00** |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5.**                                                                                                     **$150,000.00**

Add lines 19 through 22.  Copy the total to line 84.

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Debtor    **Candle Delirium, Inc.**                          Case number *(If known)* _____
          Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Furniture** | **$0.00** | | **$7,500.00** |
| 40. | **Office fixtures**<br>**Various fixtures** | **$0.00** | | **$5,000.00** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers** | **$0.00** | | **$1,000.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                          | **$13,500.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☑ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

                        Commercial lease                                    See schedule G

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>**Website/social media and content** | **$0.00** | | **$10,000.00** |

Debtor    **Candle Delirium, Inc.**                                          Case number *(If known)* _____
          <sub>Name</sub>

**62.**    **Licenses, franchises, and royalties**

**63.**    **Customer lists, mailing lists, or other compilations**
          **Customer list** _____    **$0.00** _____    **$2,500.00**

**64.**    **Other intangibles, or intellectual property**
          **Name Candle Delirium and associated IP** _____    **$0.00** _____    **$5,000.00**

**65.**    **Goodwill**

**66.**    **Total of Part 10.**                                                          | **$17,500.00** |
          Add lines 60 through 65. Copy the total to line 89.

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
          ☑ No
          ☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
          ☑ No
          ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
          ☑ No
          ☐ Yes

| Part 11: | **All other assets** |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

**71.**    **Notes receivable**
          Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
          Description (for example, federal, state, local)

          **Employee retention credit** _____    Tax year _____    **$100,000.00**

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit
          has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of
          every nature, including counterclaims of the debtor and rights to
          set off claims**
          **Candle Delirium, Inc., vs. FedEx Corporate Services,
          Inc.,
          cross-complaint LASC-West DIsrict Santa Monica
          Courthouse 23SMCV01604**                                          **Unknown**

| Nature of claim | **1. Breach of Contract 2. Fraud 3. Exemplary Damages** |
| --- | --- |
| Amount requested | **$0.00** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor    **Candle Delirium, Inc.**
Name

Case number *(If known)* _____

| **Claims against NewCo Capital Group, LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Business torts related to unfair lending practices** | |
| Amount requested | **$0.00** | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Holiday decorations-located at  8540 Cedros Avenue, Panorama City, CA 91402. storage unit.**                    **$500.00**

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.          **$100,500.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor    **Candle Delirium, Inc.**                                    Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $126,409.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $13,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $17,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,500.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $422,709.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $422,709.00 |

**Fill in this information to identify the case:**

Debtor name __**Candle Delirium, Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Newco Capital Group, LLC**<br>Creditor's Name<br><br>**Corporation Service Company**<br>**As Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**9/25/2023**<br>**Last 4 digits of account number**<br>**4560**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. U.S. Small Business Administration**<br>**2. Newtek Bank, National Association**<br>**3. Newco Capital Group, LLC** | **Describe debtor's property that is subject to a lien**<br>**Inventory**<br><br><br>**Describe the lien**<br>**UCC1**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$290,000.00** | **$150,000.00** |
| **2.2** **Newtek Bank, National Association**<br>Creditor's Name<br>**Lake Success Office**<br>**1981 Marcus Avenue Suite 130**<br>**Lake Success, NY 11042**<br>Creditor's mailing address<br><br>**kgriffin@newtekone.com** | **Describe debtor's property that is subject to a lien**<br>**Inventory**<br><br><br>**Describe the lien**<br>**UCC1**<br>**Is the creditor an insider or related party?**<br>☑ No | $1,150,000.00 | $150,000.00 |

| Debtor | Candle Delirium, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**9/25/2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2319**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.3 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $536,533.00 | $150,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Inventory** | | |

**10737 Gateway West # 300**
**El Paso, TX 79935**

Creditor's mailing address

**Describe the lien**

**UCC1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**06/27/2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7903**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,976,533.00 |

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **American Express**<br>**Merchant Services**<br>**SE Legal Holds**<br>**PO Box 53825**<br>**Phoenix, AZ 85072** | Line  **2.1** | **4560** |
| **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202 Suite 101**<br>**Pomona, NY 10970** | Line  **2.1** | |
| **Corporation Service Company**<br>**801 Adlaistevenson Drive**<br>**Springfield, IL 62703-4261** | Line  **2.3** | |

---

Debtor  **Candle Delirium, Inc.**                                    Case number (if known)
        Name

| | | |
|---|---|---|
| **NewCo. Capital Group**<br>**CA Registered Agent**<br>**Erin Haggeerty**<br>**1325 J Street Ste. 1550**<br>**Sacramento, CA 95814** | Line **2.1** | |
| **NewCo. Capital Group**<br>**1545 Route 202 Suite 203**<br>**Pomona, NY 10970** | Line **2.1** | |
| **NewCo. Capital Group,**<br>**a Delaware LLC**<br>**90 Broad St., Ste.903**<br>**New York, NY 10004** | Line **2.1** | |
| **SBA EIDL Loan**<br>**PO BOX 3918**<br>**Portland, OR 97208** | Line **2.3** | **7903** |
| **Wolters Kluwer Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **2.2** | **2319** |

Fill in this information to identify the case:

Debtor name **Candle Delirium, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,002.50 |
|---|---|---|---|
| | **Adlan**<br>**8581 Santa Monica Blvd., # 210**<br>**West Hollywood, CA 90069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/31/2024 | Basis for the claim:  **Trade debt/Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,714.47 |
|---|---|---|---|
| | **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5-1-2024 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  1001 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,678.78 |
|---|---|---|---|
| | **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5-1-2024 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  3006 | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,563.91 |
|---|---|---|---|
| | **American Express**<br>**PO Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/1/2024 | Basis for the claim:  **Credit card purchases** | |
| | Last 4 digits of account number  1002 | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**American Express**
**PO Box 96001**
**Los Angeles, CA 90096-8000**

Date(s) debt was incurred  **5-1-2024**

Last 4 digits of account number  **1009**

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,605.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**Biedermann & Sons**
**1975 N. Hawthorne Avenue**
**Melrose Park, IL 60160**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,064.56**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address

**Boy Smells**
**3050 West Blvd.,**
**Los Angeles, CA 90016**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,227.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address

**Bryan Fukomoto**
**1011 Hilldale Ave., # 15**
**West Hollywood, CA 90069**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address

**C T Corporation System,**
**as Representative**
**330 N. Brand Blvd.,**
**Glendale, CA 91203**

Date(s) debt was incurred  **04/29/2016**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address

**Carlos Ramirez**
**622 N. Arden Blvd.,**
**Los Angeles, CA 90004**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address

**Cereria Molla 1899**
**2807 NE 26 Ave**
**Fort Lauderdale, FL 33306**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$12,143.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,503.42** |
|---|---|---|---|

**Chase**
**Cardmember Services**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2024**

**Basis for the claim:  Credit card purchases**

Last 4 digits of account number  **5484**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$128,487.90** |
|---|---|---|---|

**Chase**
**Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2024**

**Basis for the claim:  Credit card purchases**

Last 4 digits of account number  **2380**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,472.74** |
|---|---|---|---|

**Chase**
**Card Member Service**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05/2024**

**Basis for the claim:  Credit card purchases**

Last 4 digits of account number  **9118**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,951.95** |
|---|---|---|---|

**Chez Gagne**
**13212 Saticoy St**
**North Hollywood, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5-31-2024**

**Basis for the claim:  Trade debt/Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$932.40** |
|---|---|---|---|

**Chrisitan Tortu**
**2600 John St., Unit 202**
**Markham**
**Onrario Canada ONL3R3W3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5-31-2024**

**Basis for the claim:  Trade debt/Vendor**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CHTD Company**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **3/11/2020**

**Basis for the claim:  Precautionary lisiting.**

Last 4 digits of account number  **5206**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CHTD Company**
**PO Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **06/19/2019**

**Basis for the claim:  Precautionary listing.**

Last 4 digits of account number  **4614**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Candle Delirium, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,203.13**

**CitiBusiness Card**
**PO  Box 78081**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **4726**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,464.00**

**CLR Los Angeles**
**8023 Beverly Blvd., Ste. 1**
**Los Angeles, CA 90048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,135.44**

**Coreterno**
**Via Nicolo Tartaglia 11**
**Roma RM Italy 00197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,990.00**

**Dillon**
**573 Levering Avenue**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,864.76**

**Dr. Vranjes**
**60 Honeck St.**
**Englewood, NJ 07631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,435.00**

**DS &  Durga**
**141 Flushing Ave # 608**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Employment Development Dept.**
**Bankruptcy Group MIC 92E**
**PO Box 826880**
**Sacrementoc, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Notice only**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Candle Delirium, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$232,349.22**

**FedEx Corporate Services, Inc.,**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** 03/2022

**Last 4 digits of account number** 0938

**Basis for the claim:** **Services rendered through petition date.**
**Lawsuit pending LASC-Santa Monica**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,638.14**

**FVITH**
**20058 Ventura Blvd., #4**
**Woodland Hills, CA 91364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5-31-2024

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,189.66**

**Glasshouse Fragrances**
**333 River St., # 807**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5-31-2024

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,380.92**

**Harlem**
**43 Executive Avenue**
**Edison, NJ 08817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5-31-2024

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$592.50**

**Iconic Scents**
**442 S. Crescent Dr.**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5-31-2024

**Last 4 digits of account number** _

**Basis for the claim:** **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Candle Delirium, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.33**

**Nonpriority creditor's name and mailing address**

**Intuit/Quick Books**
**2700 Coast Avenue**
**Mountain View, CA 94043**

Date(s) debt was incurred  **01/20/2020**

Last 4 digits of account number  **6474**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  **Services rendered through petition date.**

Is the claim subject to offset? ■ No ☐ Yes

**$68,368.71**

---

**3.34**

**Nonpriority creditor's name and mailing address**

**Jeysson Tabares**
**11946 Covello St.,**
**North Hollywood, CA 91605**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**John Kehle**
**1430 N. Harper Ave., Apt. 101**
**Los Angeles, CA 90046**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$300,000.00**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Jonathan Adler**
**382 West Broadway**
**New York, NY 10012**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt/Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,792.80**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Joshua Tree**
**60378 Natoma Trl**
**Joshua Tree, CA 92252**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt/Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$426.00**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**LAFCO**
**23 E. 4th Street**
**New York, NY 10003**

Date(s) debt was incurred  **5-31-2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt/Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$3,001.81**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Los Angeles County Tax Collector**
**PO Box 54110**
**Los Angeles, CA 90054-0110**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Notice only**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**NBKC Bank**
**8320 Wark Parkway**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  05/14/2018

Last 4 digits of account number  5854

Basis for the claim:  **Precautionary listing.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,008.00**

**NEST**
**PO Box 411008**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5-31-2024

Last 4 digits of account number  __

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,242.00**

**Niven Morgan**
**2201 Vantage St.**
**Dallas, TX 75207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5-31-2024

Last 4 digits of account number  __

Basis for the claim:  **Critical vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,827.70**

**PayPal**
**Concerto Card Company**
**PO Box 200057**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Last 4 digits of account number  7463

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,848.48**

**PayPal Working Capital**
**PO Box 45950**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2024

Last 4 digits of account number  __

Basis for the claim:  **Services rendered through petition date.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88,559.04**

**PayPay Business Loan**
**3505 Silverside Road**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/2024

Last 4 digits of account number  4589

Basis for the claim:  **Services rendered through petition date.**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,674.00**

**PF Candel Co.**
**7300 East Slauson Ave**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5-31-2024

Last 4 digits of account number  __

Basis for the claim:  **Trade debt/Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rose Ghavanni**<br>**2826 Avenel St., # 1**<br>**Los Angeles, CA 90039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  __5-31-2024__ | Basis for the claim:  __Notice only__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.00 |
|---|---|---|
| **RUKSKE**<br>**2343 Las Colinas Avenue**<br>**Los Angeles, CA 90041** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  __5-31-2024__ | Basis for the claim:  __Trade debt/Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Securities Exchange Commission**<br>**Attn: Bankruptcy Counsel**<br>**444 South Flower St., Ste. 900**<br>**Los Angeles, CA 90071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Notice only__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,080.00 |
|---|---|---|
| **Skandinavisk**<br>**Ny Vestergrade 7b**<br>**1471 K Copenhagen, Denmark** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  __5-31-2024__ | Basis for the claim:  __Trade debt/Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Stacy Greenberg**<br>**8608 Holloway Drive # 301**<br>**West Hollywood, CA 90069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  __5-31-2024__ | Basis for the claim:  __Notice only__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **State Board of Equalization**<br>**Account Information Group MIC: 29**<br>**PO Box942879**<br>**Sacramento, CA 94279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:  __Notice only__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,280.00 |
|---|---|---|
| **The Beverly Hills Candle Co.**<br>**14844 Dickens St., # 207**<br>**Sherman Oaks, CA 91403** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  __5-31-2024__ | Basis for the claim:  __Trade debt/Vendor__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,036.00

**Thompson Ferrier**
230 5th Ave., Ste. 404
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,748.98

**U.S. Bank**
PO Box 790408
Saint Louis, MO 63179

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **5295**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**U.S. Small Business Administration**
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Notice only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,057.26

**Urban Apothecary**
6062 Corete Del Cedro
Carlsbad, CA 92011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,939.62

**Voluspa**
2900 McCabe Way
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5-31-2024**

Basis for the claim:  **Trade debt/Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,624.80

**Wells Fargo**
WF SBCS-Accounting Servicing Team
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **1572**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57,728.98

**Wells Fargo**
Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/1/2024**

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number  **7289**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor   **Candle Delirium, Inc.**                                    Case number (if known) _____
_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AGA Adjustments, LTD**<br>**740 Walt Whitman Rd**<br>**Melville, NY 11747-9090** | Line **3.26**<br>☐ Not listed. Explain | **0938** |
| 4.2 | **Card Services**<br>**PO Box 530075**<br>**Atlanta, GA 30353-0075** | Line **3.43**<br>☐ Not listed. Explain ____ | **7463** |
| 4.3 | **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703-4261** | Line **3.17**<br>☐ Not listed. Explain ____ | **5206** |
| 4.4 | **Corporation Service Company**<br>**251 Little Falls Dr**<br>**Wilmington, DE 19808** | Line **3.33**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line **3.18**<br>☐ Not listed. Explain ____ | **4614** |
| 4.6 | **Credibility Capital Inc.,**<br>**625 Broad Street Suite 250**<br>**Newark, NJ 07102** | Line **3.40**<br>☐ Not listed. Explain ____ | **5854** |
| 4.7 | **Credibility Capital Inc.,**<br>**419 Park Avenue South Suite 807**<br>**New York, NY 10016** | Line **3.40**<br>☐ Not listed. Explain ____ | **5854** |
| 4.8 | **CT Lien Solutions**<br>**2727 Allen Parkway**<br>**Houston, TX 77019** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Law Offices of Paul S. Levine**<br>**1054 Superba Avenue**<br>**Venice, CA 90291** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **PayPal Working Capital**<br>**PO Box 45950**<br>**Omaha, NE 68145** | Line **3.45**<br>☐ Not listed. Explain ____ | **4589** |
| 4.12 | **Sakaida & Bui**<br>**17328 Ventura Blvd., Suite 327**<br>**Encino, CA 91316** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Candle Delirium, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Sakaida & Bui**<br>**Long K. Bui, Esquire**<br>**2355 Westwood Blvd., # 327**<br>**Los Angeles, CA 90064** | Line **3.26**<br><br>☐ Not listed. Explain ____ | **1604** |
| 4.14 | **WebBank a Steel Patners Company**<br>**215 South State Street Suite 1000**<br>**Salt Lake City, UT 84111** | Line **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **WebBank a Steel Patners Company**<br>**215 South State Street Suite 1000**<br>**Salt Lake City, UT 84111** | Line **3.45**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,422,006.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,422,006.48 |

| Fill in this information to identify the case: |
|---|
| Debtor name **Candle Delirium, Inc.** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest **merchant agreememt-third-party payments processing solution**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lightspeed Commerce Inc., Lightspeed Payments USA, Inc., 700 St-Antoine E Suite 300 Montreal Quebec Canada H2Y1A6** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest **Standard Industrial /Commercial Single-Tenant Lease-Net**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Pro Future Holdings, LLC 325 N. Oakhurst Dr., # 503 Beverly Hills, CA 90210** |

**Fill in this information to identify the case:**

Debtor name **Candle Delirium, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Anthony Carro, Jr.** | **7980 Santa Monica Blvd., Los Angeles, CA 90046 Personal guarantee** | **Newco Capital Group, LLC** | ■ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2 | **Anthony Carro, Jr.** | **7980 Santa Monica Blvd., Los Angeles, CA 90046 Personal guarantee** | **Newtek Bank, National Association** | ■ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Anthony Carro, Jr.** | **7980 Santa Monica Blvd., Los Angeles, CA 90046 Personal guarantee** | **U.S. Small Business Administration** | ■ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.4 | **Anthony Carro, Jr.** | **7980 Santa Monica Blvd., Los Angeles, CA 90046** | **PayPal Working Capital** | ☐ D  _____ ■ E/F  **3.44** ☐ G _____ |
| 2.5 | **Anthony Carro, Jr.** | **7980 Santa Monica Blvd., Los Angeles, CA 90046** | **PayPay Business Loan** | ☐ D  _____ ■ E/F  **3.45** ☐ G _____ |

| Debtor | **Candle Delirium, Inc.** | Case number *(if known)* |
|---|---|---|

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

2.6 **Fight Bike, Inc.**    **423 S. Fairfax**                    **Newco Capital**          ■ D __2.1__
                            **Los Angeles, CA 90036**            **Group, LLC**            ☐ E/F _____
                                                                                          ☐ G _____

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Candle Delirium, Inc.** |
| United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6-4-2024    X _____
                              Signature of individual signing on behalf of debtor

                              Aathony Carro, Jr.
                              Printed name

                              **Chief Executive Officer**
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Candle Delirium, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,156,581.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$2,732,255.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,293,915.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

Debtor   **Candle Delirium, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **CitiBusiness Card**<br>**PO  Box 78081**<br>**Phoenix, AZ 85062** | **4/11/24,4/21/<br>24,4/25/24,5/<br>2/24,5/4/24,5/<br>7/24,5/8/24,<br>5/9/24,5/10/2<br>4** | **$172,242.18** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **credit card payments** |
| 3.2. **Maria Dimeglio**<br>**c/o Stein Saks, PPLC**<br>**One University Plaza**<br>**Hackensack, NJ 07601** | **5-31-2024** | **$5,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settelement of civil<br>action no.; 1:23-cv-4088** |
| 3.3. **Newco Capital Group, LLC**<br>**Corporation Service Company**<br>**As Representative**<br>**PO Box 2576**<br>**Springfield, IL 62708** | **3/26/24,4/2/2<br>4,4/9/24,4/16/<br>24,4/23/24,4/<br>30/24,** | **$78,240.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
   |---|---|---|---|

**Part 3:**   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Candle Delirium, Inc.**                                    Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **NewCo. Capital Group, LLC vs. Candle Delirium Inc., et al.**<br>**E2024007860** | **1. Breach of contract 2. Personal guarantee** | **Supreme Court of State of New York**<br>**County of Monroe** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Maria Dimeglio vs. Candle Delirium, Inc.,**<br>**1:23-cv-04088-JGLC** | **Class Action Complaint** | **United States District Court Southern District of New York** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **FedEx Corporate Services, Inc., vs. Candle Delirium Inc. Cross-complaint Candle Delirium Inc., vs. FedEx Corporate Services, Inc., 23SMCV01604** | **1.Common counts cross-complaint 1. breach of contract 2. fraud 3. exemplary damages** | **Los Angeles Superior Cout West District-Santa Monica 1725 Main Street Santa Monica, CA 90401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Candle Delirium, Inc.**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jeffrey S. Shinbrot, APLC 15260 Ventura Blvd., Suite 1200 Sherman Oaks, CA 91403** | | 5/20/2024 | $61,175.00 |

Email or website address
**jeffrey@shinbrotfirm.com**

Who made the payment, if not debtor?

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

| Debtor | **Candle Delirium, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Candle Delirium, Inc.**                                     Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Darrel Whitehead, CPA**<br>**18141 Beach Blvd., # 300**<br>**Huntington Beach, CA 92648** | **6 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor   **Candle Delirium, Inc.** _____   Case number *(if known)* _____

☐ None

| Name and address |
|---|
| 26d.1.   **Newtek Bank, National Association**<br>**Lake Success Office**<br>**1981 Marcus Avenue Suite 130**<br>**Lake Success, NY 11042** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Anthony Carro, Jr. | 9/22 | $471565.00 |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Candle Delirium**<br>**7980 Santa Monica Blvd.,**<br>**Los Angeles, CA 90046** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Carro, Jr. | 1430 N. Haper Avenue # 100<br>WEst Hollywood, CA 90046 | Chief Executive Officer | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Anthony Carro, Jr.**<br>**7980 Santa Monica Blvd.,**<br>**Los Angeles, CA 90046** | $104,000.00 | 2023 w-2 wages | |
| | Relationship to debtor<br>**Chief Executive Officer** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Candle Delirium, Inc.** _____    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

**Name of the parent corporation**                    **Employer Identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

**Name of the pension fund**                          **Employer Identification number of the pension fund**

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6-4-2024

_____              **Anthony Carro, Jr.** _____
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor   **Chief Executive Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Central District of California

In re **Candle Delirium, Inc.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................................  $              **61,738.00**

    Prior to the filing of this statement I have received ..............................................  $              **61,738.00**

    Balance Due ..........................................................................................................  $                     **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **As set forth in the Application to Employ General Insolvency Counsel for Debtor to be filed with the Bankruptcy Court.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **As set forth in the Application to Employ General Insolvency Counsel for Debtor to be filed with the Bankruptcy Court.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6-4-2024

*Date*

**Jeffrey S. Shinbrot 155486**
*Signature of Attorney*
**Jeffrey S. Shinbrot, APLC**
**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
**3106595444  Fax: 3108788304**
**jeffrey@shinbrotfirm.com**
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**Jeffrey S. Shinbrot 155486**
**15260 Ventura Blvd.**
**Suite 1200**
**Sherman Oaks, CA 91403**
**3106595444 Fax: 3108788304**
California State Bar Number: **155486 CA**
**jeffrey@shinbrotfirm.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Candle Delirium, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsiblity for errors and omissions.

Date: _____6-4-2024_____

_____
Sigrature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                **F 1007-1.MAILING.LIST.VERIFICATION**

Candle Delirium, Inc.
7980 Santa Monica Blvd.,
Los Angeles, CA 90046


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Adlan
8581 Santa Monica Blvd., # 210
West Hollywood, CA 90069


AGA Adjustments, LTD
740 Walt Whitman Rd
Melville, NY 11747-9090


American Express
PO Box 96001
Los Angeles, CA 90096-8000


American Express
Merchant Services
SE Legal Holds
PO Box 53825
Phoenix, AZ 85072


Anthony Carro, Jr.
7980 Santa Monica Blvd.,
Los Angeles, CA 90046


Berkovitch & Bouskila, PLLC
1545 U.S. 202 Suite 101
Pomona, NY 10970

Biedermann & Sons
1975 N. Hawthorne Avenue
Melrose Park, IL 60160


Boy Smells
3050 West Blvd.,
Los Angeles, CA 90016


Bryan Fukomoto
1011 Hilldale Ave., # 15
West Hollywood, CA 90069


C T Corporation System,
as Representative
330 N. Brand Blvd.,
Glendale, CA 91203


Card Services
PO Box 530075
Atlanta, GA 30353-0075


Carlos Ramirez
622 N. Arden Blvd.,
Los Angeles, CA 90004


Cereria Molla 1899
2807 NE 26 Ave
Fort Lauderdale, FL 33306


Chase
Cardmember Services
P.O. Box 94014
Palatine, IL 60094-4014

Chase
Cardmember Service
PO Box 6294
Carol Stream, IL 60197


Chase
Card Member Service
PO Box 6294
Carol Stream, IL 60197


Chez Gagne
13212 Saticoy St
North Hollywood, CA 91605


Chrisitan Tortu
2600 John St., Unit 202
Markham
Onrario Canada ONL3R3W3


CHTD Company
PO Box 2576
Springfield, IL 62708


CitiBusiness Card
PO Box 78081
Phoenix, AZ 85062


CLR Los Angeles
8023 Beverly Blvd., Ste. 1
Los Angeles, CA 90048


Coreterno
Via Nicolo Tartaglia 11
Roma RM Italy 00197

Corporation Service Company
801 Adlaistevenson Drive
Springfield, IL 62703-4261


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


Corporation Service Company
251 Little Falls Dr
Wilmington, DE 19808


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703


Credibility Capital Inc.,
625 Broad Street Suite 250
Newark, NJ 07102


Credibility Capital Inc.,
419 Park Avenue South Suite 807
New York, NY 10016


CT Lien Solutions
2727 Allen Parkway
Houston, TX 77019


Dillon
573 Levering Avenue
Los Angeles, CA 90024

Dr. Vranjes
60 Honeck St.
Englewood, NJ 07631


DS &  Durga
141 Flushing Ave # 608
Brooklyn, NY 11205


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacrementoc, CA 94280-0001


FedEx Corporate Services, Inc.,
PO Box 371461
Pittsburgh, PA 15250-7461


Fight Bike, Inc.
423 S. Fairfax
Los Angeles, CA 90036


Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952


FVITH
20058 Ventura Blvd., #4
Woodland Hills, CA 91364


Glasshouse Fragrances
333 River St., # 807
Hoboken, NJ 07030

Harlem
43 Executive Avenue
Edison, NJ 08817


Iconic Scents
442 S. Crescent Dr.
Beverly Hills, CA 90212


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit/Quick Books
2700 Coast Avenue
Mountain View, CA 94043


Jeysson Tabares
11946 Covello St.,
North Hollywood, CA 91605


John Kehle
1430 N. Harper Ave., Apt. 101
Los Angeles, CA 90046


Jonathan Adler
382 West Broadway
New York, NY 10012


Joshua Tree
60378 Natoma Trl
Joshua Tree, CA 92252

LAFCO
23 E. 4th Street
New York, NY 10003


Law Offices of Paul S. Levine
1054 Superba Avenue
Venice, CA 90291


Lien Solutions
PO Box 29071
Glendale, CA 91209-9071


Lightspeed Commerce Inc.,
Lightspeed Payments USA, Inc.,
700 St-Antoine E Suite 300
Montreal Quebec Canada
H2Y1A6


Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110


NBKC Bank
8320 Wark Parkway
Kansas City, MO 64114


NEST
PO Box 411008
Boston, MA 02241


Newco Capital Group, LLC
Corporation Service Company
As Representative
PO Box 2576
Springfield, IL 62708

NewCo. Capital Group
CA Registered Agent
Erin Haggeerty
1325 J Street Ste. 1550
Sacramento, CA 95814


NewCo. Capital Group
1545 Route 202 Suite 203
Pomona, NY 10970


NewCo. Capital Group,
a Delaware LLC
90 Broad St., Ste.903
New York, NY 10004


Newtek Bank, National Association
Lake Success Office
1981 Marcus Avenue Suite 130
Lake Success, NY 11042


Niven Morgan
2201 Vantage St.
Dallas, TX 75207


PayPal
Concrerto Card Company
PO Box 200057
Dallas, TX 75320


PayPal Working Capital
PO Box 45950
Omaha, NE 68145


PayPay Business Loan
3505 Silverside Road
Wilmington, DE 19810

PF Candel Co.
7300 East Slauson Ave
Los Angeles, CA 90040


Pro Future Holdings, LLC
325 N. Oakhurst Dr., # 503
Beverly Hills, CA 90210


Rose Ghavanni
2826 Avenel St., # 1
Los Angeles, CA 90039


RUKSKE
2343 Las Colinas Avenue
Los Angeles, CA 90041


Sakaida & Bui
17328 Ventura Blvd., Suite 327
Encino, CA 91316


Sakaida & Bui
Long K. Bui, Esquire
2355 Westwood Blvd., # 327
Los Angeles, CA 90064


SBA EIDL Loan
PO BOX 3918
Portland, OR 97208


Securities Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower St., Ste. 900
Los Angeles, CA 90071

Skandinavisk
Ny Vestergrade 7b
1471 K Copenhagen, Denmark


Stacy Greenberg
8608 Holloway Drive # 301
West Hollywood, CA 90069


State Board of Equalization
Account Information Group MIC: 29
PO Box942879
Sacramento, CA 94279


The Beverly Hills Candle Co.
14844 Dickens St., # 207
Sherman Oaks, CA 91403


Thompson Ferrier
230 5th Ave., Ste. 404
New York, NY 10001


U.S. Bank
PO Box 790408
Saint Louis, MO 63179


U.S. Small Business Administration
10737 Gateway West # 300
El Paso, TX 79935


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street 5th Floor
Los Angeles, CA 90012

Urban Apothecary
6062 Corete Del Cedro
Carlsbad, CA 92011


Voluspa
2900 McCabe Way
Irvine, CA 92614


WebBank a Steel Patners Company
215 South State Street Suite 1000
Salt Lake City, UT 84111


Wells Fargo
WF SBCS-Accounting Servicing Team
PO Box 29482
Phoenix, AZ 85038


Wells Fargo
Wells Fargo SBL
PO Box 29482
Phoenix, AZ 85038


Wolters Kluwer Lien Solutions
PO Box 29071
Glendale, CA 91209-9071